## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**CLEO DAVIS**,
   A Husband and Beneficiary to the ERISA Plans
  of Areleaser Deneen Allen-Davis (Decedent)

Plaintiff-Petitioner,

CASE NO: _____

Vs

**THE ESTATES AT CARPENTERS**

Defendant-Respondent.
 _____/

## ORIGINAL PETITION IN EQUITY

COMES NOW, the Plaintiff/Petitioner, CLEO DAVIS, an ERISA beneficiary to the Estate of Arleaser Deneen Allen-Davis, by and through his undersigned attorney, pursuant to Rules 1, 2, and 8 of the Fed. R. Civ. P., and files this Original Petition in Equity (i.e., Complaint) for equitable relief against the former employer of the Petitioner's wife (Mrs. Arleaser Deneen Allen-Davis), to wit:

      The Estates at Carpenters
      1001 Carpenters Way
      Lakeland, Florida 33809

**A. Jurisdictional Statement**

1

1.     The U.S. District Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331.

2.     That the federal question involved in this case arises under the Employer Retirement Income Security Act (ERISA) of 1974, Public Law 93-406; 29 U.S.C., et. seq.

3.     That the Plaintiff is a resident of Lakeland, Florida (Polk County), Florida.

4.     That the Defendant appears to be private company or corporation, but it is not registered in the State of Florida Department of State (i.e., sunbic.org). (The Defendant is likely officially owned by a parent or umbrella corporation that is unknown to the Petitioner.) The Defendant has a website at: https://www.estatesatcarpenters.com/, and the said website lists its physical location at 1001 Carpenters Way, Lakeland, Florida 33809.

5.     The Defendant failed to discharge its disclosure obligations to the decedent Mrs. Arleaser Deneen Allen-Davis ("Arleaser Davis") before she passed away. The Petitioner Mr. Cleo Davis is/ was the husband of Arleaser Davis and the sole beneficiary on her ERISA-regulated employee benefit policies that were coordinated through the employee benefits programs that are owned, operated, and co-managed by the Defendant, The Estates at Carpenters.

**STATEMENT OF FACTS AND NATURE OF THE COMPLAINT**

6. Plaintiff-Petitioner, Mr. Cleo Davis, is the husband of Mrs. Arleaser Deneen Allen-Davis, who is now deceased. Mrs. Arleaser Davis passed away on or about September 1, 2022. Prior to Mrs. Davis death, she was hospitalized for several weeks or months, during which period she communicated both directly, and indirectly through her husband, with the Defendant. The subject matter of these communications included, inter alia:

    A. A request for information regarding her rights regarding her Life Insurance

    B. A request for information regarding her rights pursuant to long-term/ short-term disability benefits

    C. A request for information regarding her available vacation pay, sick leave, and paid-time-off benefits, and other employer-sponsored benefit plans.

7. The Employer Retirement Income Security Act of 1974 governs at least two, if not all of the subject employer-sponsored benefit plans that are listed in paragraph 12. These are called ERISA benefit plans.

8. The ERISA benefit plans are also administered through the U.S. Department of Labor- Employee Benefit Security Administration, an

agency which the Petitioner consulted prior to filing this Original Petition/Complaint.

9. ERISA requires employers who operate and manage ERISA benefits to:

    A. To provide participants with plan information including important information about plan features and funding;

    B. To set minimum standards for participation, vesting, benefit accrual and funding;

    C. To provide fiduciary responsibilities for those who manage and control plan assets;

    D. To require plans to establish a grievance and appeals process for participants to get benefits from their plans;

    E. To give participants information regarding their right to sue for benefits and breaches of fiduciary duty;

    F. And, if a defined benefit plan is terminated, to guarantee payment of certain benefits through a federally chartered corporation, known as the Pension Benefit Guaranty Corporation (PBGC).

9. In this instance, the Defendant has breached one or more of these statutorily-mandated duties under ERISA, both to the Mrs. Davis prior to her passing, and to Mr. Davis, who is a named beneficiary under one or more ERISA policies including life insurance (or burial insurance) and

other benefit polities. Specifically, the Defendant has:

    A.    Failed or refused to turn over to Mr. Davis the "Employee-Benefit Personnel" file on Mrs. Davis (the decedent);

    B.    Failed or refused to disclose to Mrs. Davis (and now Mr. Davis, as a named beneficiary) her ERISA rights, a written policy statement on filing appeals and grievances as is mandated by ERISA.

## STATEMENT OF EQUITABLE AND LEGAL REMEDIES SOUGHT

WHEREFORE, the Plaintiff-Petitioner Cleo Davis hereby demands:

1. A Bench Trial.

2. Affirmative Action by the Defendant that complies with its disclosure obligations pursuant to the Employer Retirement Income Security Act of 1974, including:

- Turning over Mrs. Arleaser Deneen Allen-Davis's entire personnel file to the Petitioner

- Turing over to the Petitioner Mrs. Davis's entire file containing her employer-sponsored ERISA benefits;

- Turning over to the Petitioner all ERISA related handbooks, policies, and procedures that govern or related to Mrs. Davis's ERISA-governed employee benefits.

3. Affirmative Action, as deemed appropriate by the Court.

4. Injunctive Relief, as deemed appropriate by the Court.

5. Attorney's fees and costs.

6. For whatever additional relief as is deemed just and appropriate by this honorable Court.

                              RESPECTFFULLY SUBMITTED:

                              _/s/ **Roderick O. Ford**_

Roderick O. Ford FBN: 0072620
The PMJA LEGAL DEFENSE FUND, INC.
The Methodist Law Centre
400 N. Ashley Drive, Suite 1900
Tampa, Florida 33602
(813) 223-1200
(813) 223-4226 facsimile
admin@methodistlawcentre.com