UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLEO DAVIS,

    Plaintiff,

v.                               Case No. 8:22-cv-2544-VMC-TGW

THE ESTATES AT CARPENTERS,

    Defendant.
_____/

**ORDER**

This matter comes before the Court upon consideration of United States Magistrate Judge Thomas G. Wilson's Report and Recommendation (Doc. # 4), entered on November 14, 2022, recommending that the complaint be dismissed with leave to amend pursuant to 28 U.S.C. § 1915(e).

As of this date, no objections to the Report and Recommendation have been filed, and the time for such objections has elapsed.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of

1

specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 4) is **ACCEPTED** and **ADOPTED.**

(2) The complaint (Doc. # 1) is dismissed with leave to amend. If he wishes to pursue this action, Plaintiff shall file an amended complaint that states a claim for relief by **December 15, 2022.**

(3) The Court defers ruling on the motion to proceed in forma pauperis (Doc. # 2) at this time.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 30th day of November, 2022.

                                             _____
                                             VIRGINIA M. HERNANDEZ COVINGTON
                                             UNITED STATES DISTRICT JUDGE